# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| FERNANDO JOSUE ROJAS CASADO, | : | No. 82 MAP 2023 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 71 MD |
| | : | 2023 dated May 22, 2023. |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA DEP'T OF | : | |
| CORRECTIONS, ATTORNEY GENERAL | : | |
| OF PENNSYLVANIA AND COURT OF | : | |
| COMMON PLEAS OF LUZERNE COUNTY, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                            **DECIDED:  April 25, 2024**

**AND NOW,** this 25th day of April, 2024, the Memorandum Order of the Commonwealth Court is **AFFIRMED**.  Appellant's Petition for Leave to file Reply Brief *Nunc Pro Tunc* is **GRANTED**.